# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

IN RE:  JOSEPH J POLLACK              :      CASE NO. 10-46113 - WB
                                             CHAPTER 13

DEBTOR(S)

### NOTICE OF CHANGE OF ADDRESS - CREDITOR

Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., hereby provides Notice of a Change of Address as indicated below.

**NEW address for PAYMENT:**          **NEW address for NOTICE:**

Federal National Mortgage Association   Federal National Mortgage Association
("Fannie Mae), creditor c/o Seterus, Inc.   ("Fannie Mae), creditor c/o Seterus, Inc.
PO Box 1047                            PO Box 1047
Hartford, CT 06143-1047                Hartford, CT 06143-1047


Last 4 digits of account number: 2168

September 25, 2015          By: _____
                                Andrew Goldberg    LISA SINGER
                                Authorized Agent for Creditor Federal National
                                Mortgage Association ("Fannie Mae") c/o
                                Seterus, Inc.
                                51 E. Bethpage Rd.
                                Plainview, NY 11803
                                Phone: 516-741-2585
                                Fax: 516-873-7244
                                Bkmail@rosicki.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Notice of Change of Address has been served electronically on the following parties on the same day it was filed with the court:

tbuesq@aol.com
Debtor's Attorney

ecfnc@trustee13.com
Trustee

_____
Dina Di Lullo